UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL APRIL,
Plaintiff,

v.

JEFF TANGEY, et al.,
Defendants.

Case No. 26-cv-06201-WHO

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Noel Wise for consideration of whether the case is related to 5:24-cv-02801-NW In Re Doximity, Inc. Stockholder Derivative Litigation.

**IT IS SO ORDERED.**

Dated: September 25, 2026

WILLIAM H. ORRICK
United States District Judge

United States District Court
Northern District of California